**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Paul Douglas BAKER, Defendant—
Appellant.**

No. 07–6716.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2007.

Decided: Sept. 14, 2007.

Paul Douglas Baker, Appellant Pro Se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Douglas Baker appeals the district court's order denying his motion to compel specific performance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Baker*, No. 5:03–cr–00012 (W.D.N.C. May 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*